IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
       ADO

AUG 2 1 2009

GREGORY C. LANGHAM
                  CLERK

Civil Action No. __09CV01991__ BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JACOB DANIEL OAKLEY #123294,

    Plaintiff,

v.

SUSAN JONES, Warden CSP,
ARISTREDEZ ZAVARAS, Exec. Dir.,
STEP ONE HEARING OFFICER, Grievance Board,
OFFICER JOHN OR JANE DOE #1, Grievance Board,
OFFICER JOHN OR JANE DOE #2, Grievance Board,
OFFICER JOHN OR JANE DOE #3, Grievance Board,
OFFICER DESESARO A. ANTHONY, Grievance Board,
OFFICER JOHN OR JANE DOE #4, D.O.C., COPD Board of Discipline Chain of
    Command,
OFFICER JOHN OR JANE DOE #5, D.O.C., COPD Board of Discipline Chain of
    Command,
OFFICER JOHN OR JANE DOE #6, D.O.C., COPD Board of Discipline Chain of
    Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command, and
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a cover letter, a "Motion to Summons Defendants," a document titled " Preliminary Injunction: For Actual Damages, Motion to Prohibit: Withdrawals to COPD-Restitution, Restriction on Paper Shal[l] be Lifted and Loan Legal

Materials," and a "Prisoners Complaint Persuant [sic] to 42 U.S.C. 1983." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that Plaintiff's "Motion to Summons Defendants" is denied as premature. It is

FURTHER ORDERED that the only proper filings required at this time from Plaintiff are a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, a Prisoner Complaint, and a six-month certified account statement. All other filings will be disregarded.

DATED at Denver, Colorado, this __19th__ day of __August__, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **09CV01991**

Jacob Daniel Oakley
Prisoner No. 123294
Colorado State Penitentiary
P.O. Box 777 - Unit E3-17
Cañon City, CO 81215-0777

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on __8/21/09__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk