**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01991-BNB

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Exe. Dir, D.O.C.,
SUSAN HOMES, Warden, CSP,
STEP 1 GRIEVANCE BOARD JOHN OR JANE DOE # 1,
STEP 2 GRIEVANCE BOARD JOHN OR JANE DOE #2,
STEP 3 GRIEVANCE BOARD JOHN OR JANE DOE #3,
ANTHONY A. DESSESSARO, Grievance Board,
WILLIAM RICHTER #5, COPD BD. of Discipline,
POCHECHO #4, COPD BD. of Discipline,
JOHN OR JANE DOE # 6, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 7, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 8, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 9, Inmate Banking Chain of Command, and
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for 'Service of Process' to the Defendant'[s] Attorney, [etc.]" (Doc. #25), filed on December 17, 2009, is denied as premature and unnecessary.

Dated:  December 22, 2009