IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARES, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
STEP 1 GRIEVANCE, BD. JOHN OR JANE DOE #1
STEP 2 GRIEVANCE, BD. JOHN OR JANE DOE #2
STEP 3 GRIEVANCE, BD. JOHN OR JANE DOE #3
ANTHONY A. DESSESSARO, Grievance Board,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to Proceed (1915) Monthly Payment's [sic]" (Doc. No. 71, filed June 21, 2010, is GRANTED in part. Plaintiff's Statement of Account Activity shows he had a negative balance for the months of January 2010 through June 2010. As such, he is excused from making payments for the months of January 2010 through June 2010. However, Plaintiff remains obligated to pay the required $350.00 filing fee pursuant to the "Order Granting 28 U.S.C. § 1915 Motion" (Doc. No. 19). Plaintiff shall, by the 15th day of each month, either make the required monthly payment for each preceding month or file a certified copy of his

inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

Dated: June 22, 2010