IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01991-WYD-KMT

JACOB DANIEL OAKLEY, #123294,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Exe. Dir, D.O.C.,
SUSAN HOMES, Warden, CSP,
STEP 1 GRIEVANCE BD. JOHN OR JANE DOE # 1,
STEP 2 GRIEVANCE BD. JOHN OR JANE DOE #2,
STEP 3 GRIEVANCE BD. JOHN OR JANE DOE #3,
ANTHONY A. DECESARO, Grievance Board,
WILLIAM RICHTER #5, COPD BD. of Discipline,
POCHECHO #4, COPD BD. of Discipline,
JOHN OR JANE DOE # 6, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 7, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 8, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 9, Inmate Banking Chain of Command, and
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES

THIS MATTER is before the Court on the Plaintiff's voluntary motion to dismiss parties pursuant to Fed. R. Civ. P. 41(a) (ECF No. 62), filed June 23, 2010. The motion is unopposed. After a careful review of the file, the Court has concluded that the motion should be granted and Plaintiff's claims against Defendant Anthony Decesaro and the Grievance Board should be dismissed. Plaintiff also seeks to dismiss John and Jane Doe (Grievance Board) Defendants #1, #2 and #3. This request is also granted. Accordingly, it is

ORDERED that Plaintiff's voluntary motion to dismiss parties pursuant to Fed. R. Civ. P. 41(a) (ECF No. 62) is **GRANTED.**  Defendant Anthony Decesaro, the Grievance Board Defendants and John and Jane Doe Defendants #1, #2 and #3 are **DISMISSED** from this action.  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect this dismissal.

Dated:  July 15, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge