IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Preliminary Injunction Rule 56 of F.R.C.P." (Doc. No. 94, filed 10/20/2010.) In this motion, Plaintiff seeks a preliminary and permanent injunction for a transfer to a facility where outside recreation is possible. (*Id.*) This request is made in conjunction with Plaintiff's "Motion to Amend Pleading's [sic] to add additional claims F.R.C.P." (Doc. No. 95, filed 10/20/2010) in which Plaintiff seeks to amend his complaint to add claims against Defendants Jones and Zavaras for Eighth Amendment violations based on the denial of outdoor recreation and "full-fledged exercise." Plaintiff's motion for injunctive relief is premature as Plaintiff has not been granted leave to amend his complaint. Accordingly, Plaintiff's "Motion for Preliminary Injunction Rule 56 of F.R.C.P." is DENIED without prejudice.

Dated: October 21, 2010.