IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Amend Pleading's [sic] & Parties F.R.C.P." (Doc. No. 96, filed 10/20/2010.) In this motion, Plaintiff makes the same arguments and allegations against the same Defendants previously made in his Third Amendment Complaint (Doc. No. 24) and in response to Defendants' motion to dismiss (Doc. No. 51). This court has already issued a Report and Recommendation on these claims (Doc. No. 87) and Plaintiff has filed objections to that Recommendation (Doc. No. 93). Accordingly, Plaintiff's "Motion to Amend Pleading's [sic] & Parties F.R.C.P." (Doc. No. 96) is DENIED.

Dated: October 21, 2010.