IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

## ORDER

    This matter is before the court on Plaintiff's "Motion to Amend Pleading's [sic] to add additional claims F.R.C.P" (Doc. No. 95, filed October 20, 2010).

    At this stage of the case, Plaintiff may amend his Third Amended Complaint (Doc. No. 24) "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a). The court may deny a motion to amend a complaint for failure to submit the proposed amendment. *See Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes v. City of*

*Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion). Plaintiff has not submitted a copy of his proposed amended complaint to the court, nor has he submitted copies of the exhibits he refers to in his motion. It is not at all clear whether Plaintiff intends to supplant entirely the Third Amended Complaint, or merely to add claims. Plaintiff previously has been advised that,

> [w]hen seeking leave of the court to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone; it must contain all of the plaintiff's claims.

(Doc. No. 41.)

The court may properly deny Plaintiff's request to again amend his complaint, based on Plaintiff's failure to submit a copy of the proposed amended complaint to the court. Accordingly, it is

**ORDERED** that "Motion to Amend Pleading's [sic] to add additional claims F.R.C.P" (Doc. No. 95) is DENIED without prejudice for failure to submit a copy of the proposed amended complaint.

Dated this 3rd day of November, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge