IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

## ORDER

    This matter is before the court on Plaintiff's "Motion for Leave to Amend Complaint Fed. R. Civ. Proc." (Doc. No. 113, filed November 18, 2010).

    Plaintiff wishes to amend his complaint to add new defendants and claims. This court previously has denied Plaintiff's motions to amend his complaint for failure to submit the proposed amendment. (*See* Doc. Nos. 41, 103, 108.) Once again, Plaintiff has failed to submit his proposed amended complaint. Instead, he has submitted a document entitled "Motion to Amend Pleading's [sic] to add additional claims F.R.C.P." The document goes into detail about

his additional claims and the defendants he wishes to add, but Plaintiff fails to use the Court's Prisoner Complaint form.  (*See* Doc. No. 113 at 2–15.)  The Court's local rules require *pro se* prisoners to "use the forms established by this court to file an action." D.C.COLO.LCivR 8.2A.

Moreover, in his Motion, Plaintiff requests that these new claims and defendants "be concidered [sic] separate from the original complaint's claims, defendants." (*Id.* at 1.)  To the extent Plaintiff wishes to amend his complaint, the court finds his amended complaint is deficient because it is not complete.  Instead of including all of the allegations in support of his claims in the amended complaint, Plaintiff includes only the information related to the new claims and new defendants.  Plaintiff fails to understand that "an amended complaint supercedes the original complaint and renders the original complaint without legal effect." *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).  To the extent Plaintiff wishes to file a separate action alleging new claims against new defendants, as he states in his motion, Plaintiff is free to file a new complaint or complaints, using the Court's form, naming as defendants the persons he believes are responsible for alleged constitutional violations, along with the filing fee or a motion to proceed *in forma pauperis*.

Therefore, it is

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint Fed. R. Civ. Proc." (Doc. No. 113) is DENIED without prejudice for failure to submit a copy of the proposed amended complaint.  Plaintiff is advised that he may file a motion to amend along with a proposed amended complaint that contains <u>all</u> of the defendants and claims he seeks to pursue in

this action.  Plaintiff shall use the forms provided by the Court.  The Clerk of Court is directed to mail a copy of the Prisoner Complaint form to Plaintiff.

      Dated this 19th day of November, 2010.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge