IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01991–WYD–KMT

JACOB DANIEL OAKLEY,

  Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5, COPD BD, of Discipline,
POCHECHO #4, COPD BD, of Discipline
JOHN OR JANE DOE #6, Inmate Banking Chain of Command,
JOHN OR JANE DOE #7, Inmate Banking Chain of Command,
JOHN OR JANE DOE #8, Inmate Banking Chain of Command,
JOHN OR JANE DOE #9, Inmate Banking Chain of Command,
P. HUNTER, Inmate Banking Chain of Command,

  Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Production of Document's [sic] Fed. R. Civ. Pro. 34-et al." (Doc. No. 117, filed November 18, 2010) is DENIED. Plaintiff must direct his request for production to the defendants—not the court—pursuant to Fed. R. Civ. P. 34. Pursuant to Fed. R. Civ. P. 5(d)(1), the requests for production of documents shall not be filed with the Court. If Plaintiff is unsatisfied with the defendants' responses, Plaintiff may file a motion to compel pursuant to Fed. R. Civ. P. 37.

Dated: November 23, 2010