IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01991-WYD-KMT

JACOB DANIEL OAKLEY, #123294,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Exe. Dir, D.O.C.,
SUSAN JONES, Warden, CSP,
WILLIAM RICHTER #5,  COPD BD. of  Discipline,
POCHECHO #4, COPD BD. of Discipline,
JOHN OR JANE DOE # 6, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 7, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 8, Inmate Banking Chain of Command,
JOHN OR JANE DOE # 9, Inmate Banking Chain of Command, and
P. HUNTER, Inmate Banking Chain of Command,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's letter dated November 26, 2010, which the Court construes as a motion for a ruling, is **DENIED.**  The Court will rule on Plaintiff's Objections in due course.  The Court further notes that Plaintiff's Objections have been at issue for less than 45 days.  Plaintiff is ordered to cease and desist filing such similar motions in the future as they will be summarily denied.

    Dated:  November 29, 2010